FILED IN OPEN COURT
ON 10-27-2026 BC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-234-FL-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| v. | ) | |
| GREGORY EUGENE WADE | ) | |

The Grand Jury charges that:

**COUNT ONE**

On or about October 25, 2024, in the Eastern District of North Carolina, the Defendant, GREGORY EUGENE WADE, an alien in the United States, did knowingly make a false statement and claim that he was a citizen of the United States in order to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

**COUNT TWO**

On or about October 25, 2024, in the Eastern District of North Carolina, the Defendant, GREGORY EUGENE WADE, an alien in the United States, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

Date: 10/27/2026

W. ELLIS BOYLE
United States Attorney

BY: ROXANNE N. CASSIDY
Assistant United States Attorney